UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GEORGE BOUTROS, M.D.,

    Plaintiff,

       v.                  CIV. NO. S-13-1234 LKK/CMK PS

AAG JANSEN TAN, OFFICE
OF ADMINISTRATIVE HEARING
JUDGE ANN ELIZABETH SARLI,

    Defendants.
_____/
GEORGE BOUTROS, M.D.,

    Plaintiff,

       v.                  CIV. NO. S-13-1306 MCE/CKD PS

JANNSEN TAN, OFFICE OF
ADMINISTRATIVE HEARINGS;
JUDGE ANN ELIZABETH SARLI,        <u>NON-RELATED CASE ORDER</u>

    Defendants.
_____/

    The court is in receipt of a Notice of Related Cases filed by defendants, in conformance with E.D. Cal. ("Local R.") 123(b). The Notice asserts that the above-entitled actions, Civ. Nos. 2:13-cv-

1234-LKK, and 2:13cv-1306-MCE, are related.

Examination of these cases shows that they are not "related" within the meaning of Local R. 123(a).  Although the cases appear to involve the same parties and events, both assigned judges have already worked on the respective case assigned to him, each has already issued an order denying plaintiff's request for a Temporary Restraining Order, and the case assigned to the undersigned has already been dismissed for lack of federal jurisdiction. Accordingly, it does not appear that relating the cases will result in a substantial savings of judicial effort, or avoid duplication of labor.

Accordingly the court **DECLINES** to relate the cases.

IT IS SO ORDERED.

DATED:  July 9, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT