1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GEORGE BOUTROS, M.D.,

    Plaintiff,

       v.                          CIV. NO. S-13-1234 LKK/CMK PS

AAG JANSEN TAN, OFFICE
OF ADMINISTRATIVE HEARING
JUDGE ANN ELIZABETH SARLI,

    Defendants.
_____/
GEORGE BOUTROS, M.D.,

    Plaintiff,

       v.                          CIV. NO. S-13-1306 MCE/CKD PS

JANNSEN TAN, OFFICE OF
ADMINISTRATIVE HEARINGS;
JUDGE ANN ELIZABETH SARLI,          <u>NON-RELATED CASE ORDER</u>

    Defendants.
_____/

    The court is in receipt of a Notice of Related Cases filed by defendants, in conformance with E.D. Cal. ("Local R.") 123(b).  The Notice asserts that the above-entitled actions, Civ. Nos. 2:13-cv-

1 | 1234-LKK, and 2:13cv-1306-MCE, are related.
2 |     Examination of these cases shows that they are not "related"
3 | within the meaning of Local R. 123(a).  Although the cases appear
4 | to involve the same parties and events, both assigned judges have
5 | already worked on the respective case assigned to him, each has
6 | already issued an order denying plaintiff's request for a Temporary
7 | Restraining Order, and the case assigned to the undersigned has
8 | already been dismissed for lack of federal jurisdiction.
9 | Accordingly, it does not appear that relating the cases will result
10 | in a substantial savings of judicial effort, or avoid duplication
11 | of labor.
12 |     Accordingly the court **DECLINES** to relate the cases.
13 |     IT IS SO ORDERED.
14 |     DATED:  July 9, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT